✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

<table>
<tr><td>UNITED STATES OF AMERICA<br>v.<br>PADIN, ROBERT</td><td><b>Judgment in a Criminal Case</b><br>(For a Petty Offense) — Short Form<br>CM/ECF Case No. 4:26-PO-00155-AGH<br>Case No.    GM1     E2535723<br>USM No.</td></tr>
</table>

**THE DEFENDANT:**

PADIN, ROBERT

_____
Defendant's Attorney

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-226 | PARKED IN HANDICAP SPACE | 01/29/2026 | 1 |

☑ Count(s)  1 _____  ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  5418

Defendant's Year of Birth:  1958

City and State of Defendant's Residence:
MIDLAND, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date